**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

DEREK STREETER, JOSEPH GLOVER,
JOSE COBB, and PAUL JOHNSON,

    Plaintiffs,

vs.                              CASE NO.: 3:05cv286/MCR/EMT

CITY OF PENSACOLA and
PENSACOLA PROFESSIONAL
FIREFIGHTERS LOCAL CHAPTER 707,

    Defendants.
_____/

## ORDER OF DISMISSAL

The Court has been informed that the parties have reached a settlement in this matter as to all claims against defendant PENSACOLA PROFESSIONAL FIREFIGHTERS LOCAL CHAPTER 707.  (See doc. 98).  Therefore, all claims against defendant PENSACOLA PROFESSIONAL FIREFIGHTERS LOCAL CHAPTER 707 are hereby the **DISMISSED**.  In the event that the settlement is not consummated, the Court reserves the power, upon motion filed by any party within sixty (60) days of the date of this Order, to amend or vacate and set aside this Order of Dismissal and reinstate plaintiff's claims against this defendant.

**ORDERED** on this 28th day of August, 2008.

                                                *s/ M. Casey Rodgers*
                                         **M. CASEY RODGERS
                                         UNITED STATES DISTRICT JUDGE**