**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**DEREK STREETER,
JOSEPH GLOVER,
JOSE COBB, and
PAUL JOHNSON,**

       **Plaintiffs,**

**v.**

       **Case No. 3:05cv286/MCR**

**CITY OF PENSACOLA and
PENSACOLA PROFESSIONAL
FIREFIGHTERS LOCAL CHAPTER 707,**

       **Defendants.**
_____/

## ORDER

      Defendant City of Pensacola filed a motion for summary judgment on August 28, 2008; on August 29, 2008, the court granted defendant's motion for leave to file a memorandum in support of the motion that exceeds twenty-five pages.  On September 2, 2008, the court entered its standard advisement order stating it would take the motion for summary judgment under advisement on September 19, 2008.  The order specifically reminded plaintiffs that the response to the motion for summary judgment must be filed within the time prescribed by the Federal Rules of Civil Procedure and the local rules of this court. Pursuant to N.D.Fla.Loc.R. 7.1 and N.D.Fla.Loc.R. 56.1, plaintiffs had fourteen days in which to file their response, making it due no later than September 12, 2008.  Plaintiffs filed their response September 18, 2008; they filed affidavits and any other evidentiary materials responsive to the motion for summary judgment on September 19, 2008.

The affidavits and evidentiary materials are timely filed.  Plaintiffs' response to the motion for summary judgment is untimely, however, and no request for leave to submit the response out of time has been filed.  Plaintiffs are advised that no such request will now be entertained and that the untimely response/statement of facts will not be considered by the court in ruling on the motion for summary judgment.

DONE and ORDERED on this 19th day of September, 2008.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**