**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**DEREK STREETER,
JOSEPH GLOVER,
JOSE COBB, and
PAUL JOHNSON,**

       **Plaintiffs,**

v.                                   **Case No.: 3:05cv286/MCR**

**CITY OF PENSACOLA and
PENSACOLA PROFESSIONAL
FIREFIGHTERS LOCAL CHAPTER 707,**

       **Defendants.**
_____/

**O R D E R**

    By prior orders the court granted the City's motion summary judgment on all of the plaintiffs' claims, with the exception of Derek Streeter's failure to promote and retaliation claims pertaining to the March 2003-September 2004 lieutenants' promotion eligibility list. (Docs. 136, 158). Streeter's claims were set for trial February 17, 2009, but immediately prior to trial the parties informed the court that Streeter's claims had been settled. (Doc. 165). None of the plaintiffs' claims now remain for disposition.

    There being no just reason for delay, the clerk is directed to enter judgment in the City's favor on all of the plaintiffs' claims at this time, other than with respect Streeter's failure to promote and retaliation claims pertaining to the March 2003-September 2004 lieutenants' promotion eligibility list (which the parties resolved through settlement). *See* Fed.R.Civ.P. 54. This action is now **DISMISSED** from the active docket of the court. In the event that the settlement of Streeter's failure to promote and retaliation claims is not

consummated, the court reserves the power, upon motion filed by any party within **thirty** (30) days of the date of this order, to amend or vacate and set aside this order and reinstate those claims.  At this time, the clerk is directed to close the file in this case for administrative purposes, and upon the expiration of **thirty** (30) days without activity, the clerk is directed to close the case in its entirety for all purposes.

One final matter remains for the court's consideration.  The court informed the parties prior to trial that they must notify it of any settlement by Friday, February 13, 2009, or bear the costs of summoning jurors.  The court was not notified of the settlement until Monday, February 16, 2009 (the Presidents' Day holiday).  The parties therefore are directed to remit trial costs of $1884.80, as set forth on the attached schedule, payable to the clerk of court.  Payment should be made no later than **March 2, 2009.**

**ORDERED** on this 17th day of February, 2009.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**