IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DEREK STREETER,**
**JOSEPH GLOVER,**
**JOSE COBBS, and**
**PAUL JOHNSON,**

        Plaintiffs,

v.                                     Case No. 3:05cv286/MCR

**CITY OF PENSACOLA and**
**PENSACOLA PROFESSIONAL**
**FIREFIGHTERS LOCAL CHAPTER 707,**

        Defendants.
_____/

## O R D E R

        The order denying plaintiffs' "Motion for Amendment of Judgment or Rehearing or New Trial" (doc. 172) on the ground of untimeliness is VACATED.  Defendant City of Pensacola shall file a response to plaintiffs' motion within fourteen (14) days of the date of this order.

        **DONE and ORDERED** this 4th day of March, 2009.

                                        *s/ M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                        **UNITED STATES DISTRICT JUDGE**